Vincent R. Mayr    (013954)
**LAW OFFICES OF VINCENT R. MAYR, LTD.**
222 S. Power Rd., # 204
Mesa, Arizona  85206
Phone: (480) 507-0859
Fax: (602) 296-0245
Email: vince@humanattorney.com
Attorneys for Creditor/Plaintiff
U.S. BANK, N.A.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 11 |
| JOHN W. DOVGAN | Case No.: 2: 10-05866-GBN |
| DEBTOR. | Adversary No. 2:10-ap-01075-GBN |
| U.S. BANK, N.A. | |
| PLAINTIFF, | |
| V. | **STIPULATED MOTION FOR ENTRY OF JUDGMENT** |
| JOHN W. DOVGAN | |
| DEBTOR. | |

Come Now, Vincent R. Mayr, Esq. as counsel for Creditor U.S. BANK, N.A., and Stanford E. Lerch, Esq, and John W. Dovgan, debtor, and hereby Stipulate and Agree as set forth below, and request that this Honorable Court Enter the accompanying Stipulated Order.

1. Without making any admissions, the parties stipulate that judgment may be entered against debtor, and in favor of U.S. Bank, N.A., in the principal amount of $ 19,790.95.

2. Debtor shall pay the sum of $ 200.00 per month no later than the 8th day of each month beginning July, 2011 made payable to "Law Offices of Vincent R. Mayr Trust Account" and shall deliver same to Law Offices of Vincent R. Mayr, Ltd., 222 S. Power Rd., Suite 204, Mesa, Arizona 85206 for a total of forty months or a total maximum payment of $ 8,000.00, whichever occurs first.

3. So long as Debtor makes the payments described above, all principal above $ 8,000.00, and all interest and fees shall be waived and shall be discharged.

4. Should Debtor become delinquent on the above payments, U.S. Bank, N.A. shall provide Debtor with written notice of default and thirty days to cure said default before recording or executing upon this judgment.

5. Should Debtor fail to make the payments described above, and then fail to cure after any written notice to cure described above, then Debtor shall be responsible for the principal balance of $ 19,790.95, minus all payments made, plus interest at the rate of ten per cent per annum from the date of entry of the judgment.

6. It is further agreed that all pending hearings in this Adversary Proceeding may be vacated.

The foregoing has been reviewed, approved and agreed to by the following parties or their counsel:

/S/VRM (013954)
VINCENT R. MAYR, ESQ.
LAW OFFICES OF VINCENT R. MAYR, LTD.
222 S. POWER RD., SUITE # 204
MESA, AZ 85207
Attorneys for Creditor/Plaintiff
CHASE BANK USA, N.A.
U.S. BANK, N.A.

/S/ STANFORD E. LERCH
LERCH & ASSOCIATES, PC
4000 N SCOTTSDALE RD.,
SUITE 107
SCOTTSDALE AZ 85251
Attorney for the Debtor DOVGAN

/S/ JOHN W. DOVGAN
Debtor